UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

BEVELYN BEATTY WILLIAMS and
EDMEE CHAVANNES,

Defendants.

Case No. 22-cr-00684 (JLR)

JENNIFER L. ROCHON, United States District Judge:

## **VERDICT FORM**



PENGAD-Bayonne, N. J.

**EXHIBIT**

13

2/22/2024

i

Please indicate each of your verdicts with a check mark (✓). Remember, all jurors must agree unanimously to the answers to each question.

<u>COUNT ONE: Conspiracy</u>

1.  How do you find the defendant Bevelyn Beatty Williams with respect to Count One?

    Guilty _____          Not Guilty __✓___

2.  How do you find the defendant Edmee Chavannes with respect to Count One?

    Guilty _____          Not Guilty __✓___

<u>COUNT TWO: Clinic Access Obstruction (Williams)</u>

3.  How do you find the defendant Bevelyn Beatty Williams with respect to Count Two?

    Guilty __✓___          Not Guilty _____

<u>COUNT THREE: Clinic Access Obstruction (Chavannes)</u>

4.  How do you find the defendant Edmee Chavannes with respect to Count Three?

    Guilty _____          Not Guilty __✓___

*If you answered Guilty to Question 4, proceed to Question 5.*
*If you answered Not Guilty to Question 4, do not answer Question 5.*

5.  If you found the defendant Edmee Chavannes guilty of Count Three, do you find that threats of force were used:

    Yes _____          No _____

*(Please proceed to the last page, page 2)*

1

**Please proceed to the signature line below.**

**SIGNATURE LINE**

Foreperson and other jurors, please sign and date the verdict sheet. Then, without disclosing your verdict, advise the Marshal that you have reached a verdict and are ready to return to the courtroom for the announcement of the verdict.



Dated: ████████  _02/22/2024_