22-cr-0684(JLR)

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand twenty-four.

Before:
        Robert D. Sack,
        Denny Chin,
        Beth Robinson,
           *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 12, 2024

United States of America,

        *Appellee*,

    v.

Bevelyn Williams,

        *Defendant-Appellant*.

**ORDER**

No. 24-2032

Defendant-Appellant moves for bail pending appeal. To overcome the presumption of detention pending appeal, Defendant must establish by clear and convincing evidence (1) that she "is not likely to flee or pose a danger to the safety of any other person or the community if released," and (2) "that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in-- (i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." 18 U.S.C. § 3143(b)(1).

Upon due consideration, it is hereby ORDERED that the motion is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/12/2024